No. A–795. LEVINSON *v.* FINLEY, CLERK, CIRCUIT COURT OF COOK COUNTY, ET AL. Cir. Ct., Cook County, Ill. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. 79–1420. FIRESTONE TIRE & RUBBER CO. *v.* RISJORD, 449 U. S. 368. Motion of respondent to retax costs denied.

No. 80–328. NEW YORK *v.* BELTON. Ct. App. N. Y. [Certiorari granted, 449 U. S. 1109.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument granted, and 15 additional minutes allotted for that purpose. Respondent also allotted an additional 15 minutes for oral argument.

No. 80–396. CITY OF NEWPORT ET AL. *v.* FACT CONCERTS, INC., ET AL. C. A. 1st Cir. [Certiorari granted, 449 U. S. 1060.] The order heretofore entered on March 23, 1981 [*ante,* p. 992], is vacated, and the brief *amicus curiae* of National Institute of Municipal Law Officers is ordered filed.

No. 80–780. ROWAN COS., INC. *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, 449 U. S. 1109.] Motion of Mountain States Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 80–1365. CONNECTICUT *v.* MOHEGAN TRIBE. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.